1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARC DAYS, Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  AURELIO BARAJAS-ISLAS

7

8                  IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          ) No. 1:11-cr-00122 OWW
                                        )
12 |           *Plaintiff,*              ) STIPULATION TO CONTINUE STATUS
                                        ) CONFERENCE HEARING;
13 |     v.                              ) ORDER
                                        )
14 | AURELIO BARAJAS-ISLAS,             ) Date:  July 11, 2011
                                        ) Time:  9:00 A.M.
15 |           *Defendant*               ) Honorable Oliver W. Wanger
   |_____   )

16

17

18       **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

19  attorneys of record herein, that the status conference hearing in the above captioned matter now set for

20  June 6, 2011, **may be continued to July 11, 2011 at 9:00 a.m.**

21       This continuance is requested to allow defense counsel additional time for defense preparation and

22  to allow the parties additional time for plea negotiation prior to hearing.  Assistant United States Attorney

23  Ian Garriques does not object to this request.  The requested continuance will conserve time and resources

24  for all parties and the court.

25  ///

26  ///

27  ///

28  ///

1   The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2   justice, including but not limited to, the need for the period of time set forth herein for further defense
3   preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

4       Respectfully submitted,

5   BENJAMIN B. WAGNER
    United States Attorney
6

7   DATED: June 2, 2011   /s/ Ian Garriques
    IAN GARRIQUES
8   Assistant United States Attorney
    Attorney for Plaintiff
9

10  DANIEL J. BRODERICK
    Federal Defender
11

12  DATED: June 2, 2011   /s/ Marc Days
    MARC DAYS
13  Assistant Federal Defender
    Attorney for Defendant
14  AURELIO BARAJAS-ISLAS

15

16

17  **O R D E R**

18  **IT IS SO ORDERED.**   Time is excluded in the interests of justice pursuant to 18 U.S.C.
19  § 3161(h)(7)(A) and (B).

20

21

22

23

24

25

26  IT IS SO ORDERED.

27  **Dated:   June 2, 2011**   /s/ Oliver W. Wanger
    UNITED STATES DISTRICT JUDGE
28

Stipulation to Continue Status Conference
Hearing; Order                                       2